UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KENDRICK DANE SELLERS,

    Plaintiff,

v.                                         Case No. 23-CV-562

REBECCA SCHAFER,

    Defendant.

## ORDER

On June 20, 2024, *pro se* plaintiff Kendrick Dane Sellers filed a motion for reconsideration of the court's June 11, 2024, order denying his motion to suppress evidence and hold an evidentiary hearing. (ECF No. 82.) Sellers continues to maintain that the video evidence provided by the defendant is not the true and correct copy. However, he has presented no evidence indicating that the video was altered or faked other than his belief that it was altered or faked. He states that if there was an evidentiary hearing on this issue, he would have people testify that the video is questionable. If that is the case, Sellers could have submitted declarations from these individuals explaining why they believe the video is tainted.

In short, Sellers is arguing with the court's ruling and its reasoning behind it, which is not a basis for granting a motion for reconsideration. *See Oto v. Metropolitan Life Ins. Co.*, 244 F.3d 601, 606 (7th Cir. 2000) (holding that a motion that "merely

took umbrage with the court's ruling and rehashed arguments" was properly rejected by the district court). Sellers's motion for reconsideration, (ECF No. 82), is **DENIED**.

Dated in Milwaukee, Wisconsin this 29th day of July, 2024.

STEPHEN DRIES
United States Magistrate Judge