UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KENDRICK DANE SELLERS,

    Plaintiff,

v.                             Case No. 23-CV-562

REBECCA SCHAFER,

    Defendant.

## ORDER

On August 20, 2024, the court granted the defendant's motion for summary judgment and dismissed the case. (ECF No. 89.) On September 9, 2024, *pro se* plaintiff Kendrick Dane Sellers filed a motion for reconsideration of the court's summary judgment order. (ECF No. 91.) Sellers moves pursuant to Federal Rule of Civil Procedure 59(e). Fed. R. Civ. P. 59(e) allows a party to file a motion to alter or amend a judgment within twenty-eight days of the court entering judgment. "Rule 59(e) allows a court to alter or amend a judgment only if the petitioner can demonstrate a manifest error of law or present newly discovered evidence." *Obriecht v. Breamish*, 517 F.3d 489, 494 (7th Cir. 2008) (citing *Sigsworth v. City of Aurora*, 487 F.3d 506, 511-12, (7th Cir. 2007)).

Sellers's motion is timely. However, he does not demonstrate that the court made a manifest error of law. Nor does he present any newly discovered evidence. He argues that the court failed to consider his motion to stay the case pending an expert's

opinion of the video evidence. The court has addressed Sellers's contention that the defendant altered the video at length, (ECF No. 82), and has determined that Sellers's contention is baseless. As such, it was unnecessary to consider his motion to stay the case before ruling on the motions for summary judgment. Further, the decision on the summary judgment motions renders the motion to stay moot. Sellers's motion for reconsideration, (ECF No. 91), is **DENIED**.

Dated in Milwaukee, Wisconsin this 4th day of November, 2024.

STEPHEN DRIES
United States Magistrate Judge